

JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail:  jboyle@nevadafirm.com
BRITTANY K. PUZEY, ESQ.
Nevada Bar No. 13745
E-mail:  bbishop@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: 702/791-0308; Fax:  702/791-1912

ROBERT A. JAFFE, ESQ. (*pro hac vice*)
Robert.Jaffe@kutakrock.com
NICOLE P. MORIARTY, ESQ. (*pro hac vice*)
Nicole.Moriarty@kutakrock.com
KUTAK ROCK LLP
1625 Eye Street NW, Suite 800
Washington, DC 20006
Phone: 202/828-2434; Fax: 202/828-2488

*Attorneys for Plaintiff Strategic Pharmaceutical Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STRATEGIC PHARMACEUTICAL SOLUTIONS, INC., *d/b/a* VetSource Home Delivery,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA STATE BOARD OF PHARMACY, an administrative agency of the State of Nevada; LEO BASCH, an individual; KIRK WENTWORTH, an individual;  JASON PENROD, an individual; KEVIN DESMOND, an individual; CHERYL BLOMSTROM, an individual; and TALLIE PEDERSON, an individual,<br><br>Defendants. | Case No.:      2:16-cv-00171-RFB-VCF<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please take notice that the office address for Robert A. Jaffe and Nicole P. Moriarty, counsel *pro hac vice* for Plaintiff Strategic Pharmaceutical Solutions, Inc., *d/b/a* VetSource


Home Delivery ("VetSource"), has changed, as follows:

Kutak Rock LLP

1625 Eye Street NW, Suite 800

Washington, DC 20006

Counsels' firm, telephone numbers, fax numbers and email addresses remain the same. There is no change in address for VetSource's local Nevada counsel.

DATED this 26th day of May, 2016.

*Respectfully submitted,*

**KUTAK ROCK LLP**

*/s/ Robert A. Jaffe*_____
*/s/ Nicole P. Moriarty*_____

ROBERT A. JAFFE, ESQ.     (*pro hac vice*)
NICOLE P. MORIARTY, ESQ.  (*pro hac vice*)
1625 Eye Street NW, Suite 800
Washington D.C. 20006

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**

JAMES D. BOYLE, ESQ.      (NBN 08384)
BRITTANY W. PUZEY, ESQ.   (NBN 13745)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*Strategic Pharmaceutical Solutions, Inc.,*
*d/b/a VetSource Home Delivery*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 26th day of May, 2016, I caused the document entitled NOTICE OF CHANGE OF ADDRESS, to be served as follows:

| Attorneys | Party | Method |
|---|---|---|
| Colleen Platt, Esq.<br>PLATT LAW GROUP<br>1575 Delucchi Lane<br>Suite 115-105F<br>Reno, Nevada 89502 | Defendants Nevada State Board of Pharmacy, Leo Basch, Kirk Wentworth, Jason Penrod, Kevin Desmond, Cheryl Blomstrom and Tallie Pederson | ❑ Personal Service<br>■ Email/E-File<br>❑ Fax Service<br>❑ Mail Service |
| S. Paul Edwards<br>General Counsel<br>NEVADA STATE BOARD OF PHARMACY<br>431 West Plumb Lane<br>Reno, Nevada 89509 | Defendants Nevada State Board of Pharmacy, Leo Basch, Kirk Wentworth, Jason Penrod, Kevin Desmond, Cheryl Blomstrom and Tallie Pederson | ❑ Personal Service<br>■ Email/E-File<br>❑ Fax Service<br>❑ Mail Service |

/s/ Barbara Salinas
An employee of Holley Driggs Walch Fine Wray Puzey & Thompson