JAMES D. BOYLE
Nevada Bar No. 08384
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Phone: 702/791-0308; Fax: 702/791-1912

ROBERT A JAFFE, ESQ. (*phv*)
Robert.Jaffe@kutakrock.com
NICOLE P. MORIARTY, ESQ. (*phv*)
Nicole.Moriarty@kutakrock.com
KUTAK ROCK LLP
1625 Eye Street, NW – Suite 800
Washington, D.C. 20006
Phone 202/828-2434; Fax: 202/828-2488

*Attorneys for Plaintiff Strategic Pharmaceutical Solutions, Inc.*

S. PAUL EDWARDS
Bar Number 10033
General Counsel
Nevada State Board of Pharmacy
431 West Plumb Lane
Reno, Nevada 89509
(775) 850-1440
(775) 850-1444
pedwards@pharmacy.nv.gov

COLLEEN PLATT
Bar Number 11684
PLATT LAW GROUP
1575 Delucchi Lane - Suite 115-105F
Reno, Nevada 89502
(775) 440-1052
cplatt@plattlawgroupreno.com

*Attorneys for Defendants Nevada State Board of Pharmacy*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STRATEGIC PHARMACEUTICAL SOLUTIONS, INC., d/b/a VetSource Home Delivery,<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA STATE BOARD OF PHARMACY, et al.<br>Defendants. | CASE NO.:   2:16-cv-00171-RBF-VCF<br><br><br><br><br><br><br><br>**STIPULATION TO STAY SCHEDULING ORDER** |

4838-9867-9605.2

WHEREAS counsel for the parties have discussed a proposed settlement that would resolve this matter; and

WHEREAS, Defendant Nevada State Board of Pharmacy will not be able to consider or approve the proposed settlement until its next regularly scheduled meeting on September 7/8, 2016; and

WHEREAS the current Stipulated Amended Discovery Plan and Scheduling Order (ECF 30) ("Scheduling Order") calls for fact witness depositions to be completed by August 26, 2016 and offensive expert disclosures and reports to be served by September 2, 2016 – which depositions and reports would not be necessary if the parties concluded the proposed settlement;

THEREFORE, in the interest of avoiding unnecessary litigation efforts (including possible motions concerning pending discovery disputes) – *see* Fed. R. Civ. P. 1 ("These rules shall ... be construed, administered and employed by the court and the parties to secure the just speedy and *inexpensive* determination of every action." (emphasis added));

Plaintiff Strategic Pharmaceutical Solutions, Inc., d/b/a VetSource Home Delivery ("VetSource") and Defendants Nevada State Board of Pharmacy (the "Board"), Leo Basch, Kirk Wenthworth, Jason Penrod, Kevin Desmond, Cheryl Blomstrom and Tallie Pederson (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate, and respectfully request the Court to so order, the following brief stay of the current Scheduling Order, to allow the parties to try to complete the proposed settlement:

(i) All future deadlines in the Scheduling Order and all other proceeding in this action are stayed until September 15, 2016, without prejudice to the current position of any party as to any pending issue;

(ii) If the proposed settlement is not completed by September 15, 2016, all deadlines in the Scheduling Order will be reinstated, with all deadlines occurring after the date of this Stipulation extended by 42 days;

(iii) The parties may, on or after September 15, 2016, submit a proposed further amended scheduling order for consideration by the Court, and may proceed with any motions;

-2-

4838-9867-9605.2

and

(iv)    In the event that the Court does not So Order this Stipulation, the parties will not be bound by the proposed stay and may proceed with discovery.

Dated: August 4, 2016

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

/s/ James D. Boyle
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
BRITTANY K. PUZEY, ESQ.
Nevada Bar No. 11613
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

/s/ Robert A. Jaffe
ROBERT A JAFFE, ESQ. (phv)
Robert.Jaffe@kutakrock.com
NICOLE P. MORIARTY, ESQ. (phv)
Nicole.Moriarty@kutakrock.com
KUTAK ROCK LLP
1101 Connecticut Ave., NW –Suite 1000
Washington, D.C. 20036
Telephone:    202/828-2434
Fax:          202/828-2488

*Attorneys for Plaintiff Strategic Pharmaceutical Solutions, Inc.*

Dated: August 4, 2016

**GENERAL COUNSEL NEVADA STATE BOARD OF PHARMACY**

/s/ S. Paul Edwards
S. PAUL EDWARDS, ESQ.
Nevada Bar No. 10033
431 W. Plumb Lane,
Reno, Nevada 89509
Telephone:    775/850-1440
Facsimile:    775/850-1444

/s/ Colleen Platt
COLLEEN PLATT, ESQ.
Nevada Bar No. 11684
PLATT LAW GROUP
1575 Delucchi Lane, STE 115-105F
Reno, Nevada 89502
Telephone:    775/440-1052

*Attorneys for Defendants Nevada Board of Pharmacy, Leo Basch, Kirk Wenthworth, Jason Penrod, Kevin Desmond, Cheryl Blomstrom and Tallie Pederson*

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., September 22, 2016, in courtroom 3D.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 4, 2016

-3-

4838-9867-9605.2