# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| STRATEGIC PHARMACEUTICAL SOLUTIONS, INC., d/b/a Vetsource Home Delivery,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA STATE BOARD OF PHARMACY, *et al.*,<br><br>        Defendants. | 2:16-cv-00171-RFB-VCF<br><br>**ORDER** |

Before the Court is the Motion to Shorten Time on Defendant's Motion to Stay Discovery Pending Defendant's Motion to Dismiss (ECF No. 35).

IT IS HEREBY ORDERED that the Motion to Shorten Time on Defendant's Motion to Stay Discovery Pending Defendant's Motion to Dismiss (ECF No. 35) is GRANTED in part and DENIED in part. The case is stayed until September 22, 2016.  Any opposition to the Motion to Stay (ECF No. 34) must be filed on or before September 19, 2016.  No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Stay Discovery Pending Defendant's Motion to Dismiss (ECF No. 34) is scheduled for 2:00 p.m., September 22, 2016, in courtroom 3D.

DATED this 13th day of September, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE