JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail: jboyle@nevadafirm.com
BRITTANY K. PUZEY, ESQ.
Nevada Bar No. 13745
E-mail: bbishop@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: 702/791-0308; Fax: 702/791-1912

ROBERT A. JAFFE, ESQ.
Robert.Jaffe@kutakrock.com
NICOLE P. MORIARTY, ESQ.
Nicole.Moriarty@kutakrock.com
KUTAK ROCK LLP
1101 Connecticut Ave., NW – Suite 1000
Washington D.C. 20036
Phone: 202/828-2434; Fax: 202/828-2488

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Strategic Pharmaceutical Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STRATEGIC PHARMACEUTICAL SOLUTIONS, INC., *d/b/a* VetSource Home Delivery,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA STATE BOARD OF PHARMACY, an administrative agency of the State of Nevada; LEO BASCH, an individual; KIRK WENTWORTH, an individual; JASON PENROD, an individual; KEVIN DESMOND, an individual; CHERYL BLOMSTROM, an individual; and TALLIE PEDERSON, an individual,<br><br>Defendants. | CASE NO.: 2:16-cv-00171-RFB-VCF<br><br>**NOTICE OF DISASSOCIATION OF KEVIN E. BURR, ESQ. AND PAUL GWILT, ESQ. AS COUNSEL FOR PLAINTIFF STRATEGIC PHARMACEUTICAL SOLUTIONS, INC.** |

Plaintiff Strategic Pharmaceutical Solutions, Inc. d/b/a VetSource Home Delivery ("VetSource"), hereby provides notice that Kevin E. Burr, Esq. and Paul Gwilt, Esq. of the law firm of Kutak Rock LLP have disassociated as counsel for VetSource in this

1

11348.01/1694030

matter and will not, to the best of VetSource's knowledge at this time, be appearing on behalf of VetSource in this matter.

VetSource submits this notice in response to the Clerk's notice regarding a request that Mr. Burr and Mr. Gwilt submit a pro hac vice application herein. *See* Dkt. No. 23.

DATED this 18th day of May, 2016.

HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

*/s/ James D. Boyle*
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
BRITTANY W. PUZEY, ESQ.
Nevada Bar No. 13745
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**KUTAK ROCK LLP**

ROBERT A. JAFFE, ESQ.
NICOLE P. MORIARTY, ESQ.
1101 Connecticut Ave., NW – Suite 1000
Washington D.C. 20036

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Strategic Pharmaceutical Solutions, Inc.*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED:  9-14-2016

2

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 18th day of May, 2016, I caused the document entitled **NOTICE OF DISASSOCIATION OF KEVIN E. BURR, ESQ. AND PAUL GWILT, ESQ. AS COUNSEL FOR PLAINTIFF STRATEGIC PHARMACEUTICAL SOLUTIONS, INC.**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Colleen Platt, Esq.<br>PLATT LAW GROUP<br>1575 Delucchi Lane<br>Suite 115-105F<br>Reno, Nevada 89502 | Defendants Nevada State Board of Pharmacy, Leo Basch, Kirk Wentworth, Jason Penrod, Kevin Desmond, Cheryl Blomstrom and Tallie Pederson | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| S. Paul Edwards<br>General Counsel<br>NEVADA STATE BOARD OF PHARMACY<br>431 West Plumb Lane<br>Reno, Nevada 89509 | Defendants Nevada State Board of Pharmacy, Leo Basch, Kirk Wentworth, Jason Penrod, Kevin Desmond, Cheryl Blomstrom and Tallie Pederson | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

_/s/ Evelyn N. Pasley_
An employee of Holley Driggs Walch
Fine Wray Puzey & Thompson