# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| STRATEGIC PHARMACEUTICAL SOLUTIONS, INC., d/b/a Vetsource Home Delivery,<br><br>               Plaintiff,<br><br>vs.<br><br>NEVADA STATE BOARD OF PHARMACY, *et al.*,<br><br>               Defendants. | 2:16-cv-00171-RFB-VCF<br>**<u>ORDER</u>** |

Before the Court is the Motion to Shorten Time on Defendant's Motion to Stay Discovery Pending Defendant's Motion to Dismiss (ECF No. 35). Plaintiff has filed an opposition to the motion to shorten time (ECF 36).

Having reviewed Defendants' Motion to Shorten Time (#35), Plaintiff's Response (#36) and Defendants Motion to Dismiss (#33), the court is inclined to deny Defendants' Motion to Stay (#34).

IT IS HEREBY ORDERED that oral argument on Defendants' Motion to Stay (#34) will be heard during the previously scheduled Status Conference set for 2:00 p.m., September 22, 2016, in courtroom 3D. If either side wishes to file additional briefing with regard to the requested discovery stay, points and authorities must be entered into the court's CM/ECF system by noon PDT, September 20, 2016.

IT IS FURTHER ORDERED that Defendants' Motion to Shorten Time (#35) is GRANTED to the extent stated above.

DATED this 14th day of September, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE