# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STRATEGIC PHARMACEUTICAL SOLUTIONS, INC., *d/b/a* VetSource Home Delivery,<br><br>        Plaintiff,<br><br>v.<br><br>NEVADA STATE BOARD OF PHARMACY, an administrative agency of the State of Nevada; et al.,<br><br>        Defendants | CASE NO.: 2:16-cv-00171-RFB-VCF<br><br>**ORDER ON BRIEFING**<br>**(Motion to Dismiss)** |

Memorandum and other opposing or supporting materials regarding Defendants' Motion to Dismiss, ECF Doc. 33, filed Sunday, September 11, 2016 shall be due and filed as follows:

Plaintiff's opposition shall be due no later than October 7, 2016;

Defendants' reply in support shall be due no later than October 31, 2016.

SO ORDERED this 22 day of September, 2016.

UNITED STATES MAGISTRATE JUDGE
**CAM FERENBACH**
**U.S. MAGISTRATE JUDGE**

Colleen Platt
Counsel Defendant

*[signature]*
COUNSEL FOR PLAINTIFF

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 2 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

4850-6926-9817.1